FILED OCT 26 2026 In The Clerk's Office U.S. District Court Greensboro, N.C. By amk

# IN THE UNITED STATES DISTRICT COURT

# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:26CR241-1 |
| | : | |
| JUAN FLORENCIO RAMOS | : | |

The Grand Jury charges:

## COUNT ONE

On or about November 5, 2024, in the County of Rowan, in the Middle District of North Carolina, the defendant, Juan Florencio Ramos, an alien in the United States, did knowingly make a false statement and claim that he was a citizen of the United States in order to vote in a Federal, State, and local election, in violation of Title 18, United States Code, Section 1015(f).

## COUNT TWO

On or about November 5, 2024, in the County of Rowan, in the Middle District of North Carolina, the defendant, Juan Florencio Ramos, an alien in the United States, knowing he was not a United States citizen, did knowingly vote in an election held in part for the purpose of electing a candidate for the

office of President, Vice President, or Member of the House of Representatives, in violation of Title 18, United States Code, Section 611(a).

DATED: October 26, 2026

DAN BISHOP
United States Attorney

BY: MATTHEW ELLIS
First Assistant
United States Attorney

A TRUE BILL:

FOREPERSON